

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 27, 2007

**BY FACSIMILE**

Honorable Barbara S. Jones
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07

Re: **United States v. Albert Rivera,**
     **07 Cr. 912 (BSJ)**

Dear Judge Jones:

Enclosed please find Indictment 07 Cr. 912 (BSJ), which was assigned to Your Honor yesterday. The Indictment charges the defendant, Albert Rivera, in three counts with (1) participating in a narcotics conspiracy, (2) distributing and possessing with intent to distribute cocaine, and (3) being a felon in possession of a firearm. The defendant was previously presented on a complaint (07 Mag. 1010) before Magistrate Judge Eaton on June 23, 2007.

Arraignment and the first pre-trial conference is scheduled for Friday, October 5 at 3:30 p.m. before Your Honor. The Government respectfully requests that time be excluded until that time in order for the Government to begin collecting discovery and for both parties to continue discussing a possible disposition of this case. Defense counsel Jennifer Brown, Esq., has no objection to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Marissa Molé*
Marissa Molé
Assistant United States Attorneys
(212) 637-2275

cc: Jennifer Brown, Esq.

Encl.

Application granted. In the interest of justice for the reasons stated above, speedy trial time is excluded from September 28, 2007 to October 5, 2007 pursuant to 18 U.S.C. §3161(h)(8)(A).

SO ORDERED
Dated: 10/1/07

BARBARA S. JONES
U.S.D.J.