

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 19, 2007

**BY FACSIMILE**

Honorable Barbara S. Jones
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/07

Re: **United States v. Albert Rivera,**
07 Cr. 912 (BSJ)

Dear Judge Jones:

A pre-trial conference was previously set in the above-referenced case for November 16, 2007 at 2:00 p.m. The Court has now rescheduled that conference for Tuesday, November 27, 2007 at 4:30 p.m., for a substitution of counsel.

Accordingly, the Government respectfully requests that time be excluded from speedy trial calculations until that date. The Government has produced discovery to defense counsel, who is reviewing it, and the parties are discussing the possibility of a disposition. Jennifer Brown, Esq. has no objection to the exclusion.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: Marissa Molé
Marissa Molé
Assistant United States Attorney
(212) 637-2275

cc: Jennifer Brown, Esq.

Application granted. In the interest of justice for the reasons stated above, speedy trial time is excluded from November 19, 2007 to November 27, 2007 pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.
Dated:
BARBARA S. JONES
U.S.D.J.

TOTAL P.02