

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

November 28, 2007

**BY FACSIMILE**

Honorable Barbara S. Jones
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

Re:  **United States v. Albert Rivera,
     07 Cr. 912 (BSJ)**

Dear Judge Jones:

    A pre-trial conference was set in the above-referenced case for November 27, 2007 at 4:30 p.m., for a substitution of counsel. Your Honor referred that conference to Magistrate's Court, and Harry Rimm, Esq., of Anderson Kill & Olick, P.C., 1251 Avenue of the Americas New York, NY 10020, Tel: (212) 278-1553, Fax: (212) 278-1733, was appointed as counsel for Rivera.

    The Government has produced discovery and the parties are discussing the possibility of a disposition. Accordingly, the Government respectfully requests that a new pre-trial conference be set for sometime in January and that time be excluded from speedy trial calculations until that date. Harry Rimm, Esq. has no objection to the exclusion.

*Applications granted. A pretrial Conference will be held on January 10, 2008 at 2PM. In the interest of justice for the reason stated above, speedy trial time is excluded from November 30, 2007 to January 10, 2008 pursuant to 18 U.S.C §3161(h)(8)(A).*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _Marissa Molé_
    Marissa Molé
    Assistant United States Attorney
    (212) 637-2275

cc:  Harry Rimm, Esq.   **SO ORDERED**
                        **Dated:** _____
                        BARBARA S JONES
                        U.S.D.J.

                        *11/30/07*