UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,                :     07 CR.912  (BSJ)
                                         :
                                         :          ORDER
        -v-                              :
                                         :
                                         :
ALBERT RIVERA,                           :
                                         :
                                         :
                                         :
                        Defendants.      :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

BARBARA S. JONES,
United States District Judge:


    IT IS HEREBY ORDERED that the status conference scheduled

for February 15, 2008 is adjourned to February 29, 2008 at 2:30PM

to allow the parties to continue discussions relating to a

possible disposition in this matter. For this reason, in the

interest of justice, the period of time from February 15, 2008 to

February 29, 2008 is excluded pursuant to 18 U.S.C. §

3161(h)(8)(A). I find that a possible disposition outweighs both

the interests of the public and the defendant in a speedy trial.

    SO ORDERED.


Dated:    New York, New York
          February 13, 2008

                                    _____
                                         BARBARA S. JONES
                                    United States District Judge