

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 28, 2008

**BY FACSIMILE**

Honorable Barbara S. Jones
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DO ~~~~~~
> ~~~~~~~~~~ 4/3/8 dc

    Re:    <u>United States v. Albert Rivera,</u>
           07 Cr. 912 (BSJ)

Dear Judge Jones:

     A pre-trial conference was set in the above-referenced case for March 28, 2008, but at both parties' request, it has been rescheduled for April 30, 2008 at 2:00 p.m. Accordingly, the Government respectfully requests that time be excluded from speedy trial calculations until that date in order to allow the parties time to continue their discussions about a disposition of this matter. Defense counsel, Harry Rimm, Esq., has no objection to the exclusion.

                                 Respectfully submitted,

                                   MICHAEL J. GARCIA
                                 United States Attorney

                        By: *[signature]*
                           Marissa Molé
                           Assistant United States Attorney
                           (212) 637-2275

cc:    Harry Rimm, Esq.

*Application granted. In the interest of justice for the reason stated above, speedy trial time is excluded from April 2, 2008 to April 30, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A).*

**SO ORDERED** *[signature]*
**Dated:**         BARBARA S. JONES
                  U.S.D.J.
*April 2, 2008*