USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/08 dc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :   07 CR. 912 (BSJ)
                                          :
                                          :   ORDER
        -v-                               :
                                          :
                                          :
ALBERT RIVERA,                            :
                                          :
                                          :
                                          :
                    Defendants.           :
                                          :
------------------------------------------X

BARBARA S. JONES,
United States District Judge:

   IT IS HEREBY ORDERED that the status conference scheduled for April 30, 2008 is adjourned to May 22, 2008 at 4PM to allow the parties to continue discussions relating to a possible disposition in this matter. For this reason, in the interest of justice, the period of time from April 30, 2008 to May 22, 2008 is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). I find that a possible disposition outweighs both the interests of the public and the defendant in a speedy trial.

   SO ORDERED.

Dated:    New York, New York
          April 30, 2008

                                    _____
                                          BARBARA S. JONES
                                    United States District Judge