```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :   07 CR. 912 (BSJ)
                                          :
                                          :         ORDER
            -v-                           :
                                          :
                                          :
ALBERT RIVERA,                            :
                                          :
                                          :
               Defendants.                :
                                          :
------------------------------------------X
```

BARBARA S. JONES,
United States District Judge:

    IT IS HEREBY ORDERED that the status conference scheduled for May 22, 2008 is adjourned to June 24, 2008 at 2PM to allow the parties to continue discussions relating to a possible disposition in this matter. For this reason, in the interest of justice, the period of time from May 22, 2008 to June 24, 2008 is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). I find that a possible disposition outweighs both the interests of the public and the defendant in a speedy trial.

    SO ORDERED.

Dated:    New York, New York
            May 22, 2008

_____
BARBARA S. JONES
United States District Judge