# ReedSmith

ReedSmithLLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450

Harry H. Rimm
Direct Phone: +1 212 205 6080
Email: hrimm@reedsmith.com

June 23, 2008

**VIA FACSIMILE (212) 805-6191**

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **United States v. Albert Rivera, 07-CR-912 (BSJ)**

Dear Judge Jones:

I am counsel for defendant Albert Rivera in the above case. A conference is scheduled for Tuesday, June 24, 2008 at 2:00 p.m.

On June 5, 2008, I received a copy of a draft plea agreement from the government. I reviewed the agreement with Mr. Rivera last week, and I intend to meet with Ms. Mole and further negotiate on Mr. Rivera's behalf. Ms. Mole, the prosecutor, is on trial this week.

On Mr. Rivera's behalf, I respectfully request that the conference be rescheduled to a date in mid to late July. We consent to the exclusion of time.

Respectfully submitted,

*Harry H. Rimm /mp*

Harry H. Rimm

cc: Marissa Mole, Esq. (Via Facsimile -- (212) 637-0084)

*For the reasons stated above the time*
*at 2:00 from June 24, 2008 through July 17, 2008*
*is excluded pursuant to 3161(h)(8)(A).*
*So ordered.*
*Barbara S Jones*
*U SDJ*
*6/24/08*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/08

NEW YORK ◆ LONDON ◆ HONG KONG ◆ CHICAGO ◆ WASHINGTON, D.C. ◆ BEIJING ◆ PARIS ◆ LOS ANGELES ◆ SAN FRANCISCO ◆ PHILADELPHIA ◆ PITTSBURGH
OAKLAND ◆ MUNICH ◆ ABU DHABI ◆ PRINCETON ◆ NORTHERN VIRGINIA ◆ WILMINGTON ◆ BIRMINGHAM ◆ DUBAI ◆ CENTURY CITY ◆ RICHMOND ◆ GREECE

reedsmith.com