UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-                                       07 Cr. 912(BSJ)

ALBERT RIVERA,                                ORDER
                Defendant.
------------------------------------------------------------X

BARBARA S. JONES, U.S.D.J.:

      Attorney Harry Rimm is hereby relieved as counsel and CJA Attorney Elizabeth Fink on duty today is substituted as counsel for the defendant.

      SO ORDERED.

Dated: New York, New York
       August 5, 2008                      BARBARA S. JONES, U.S. DISTRICT JUDGE