

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2008

**BY FACSIMILE**

Honorable Barbara S. Jones
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Albert Rivera</u>,
             07 Cr. 912 (BSJ)

Dear Judge Jones:

     A pre-trial conference was set in the above-referenced case for today but defense counsel was unable to attend because of a mix up with the dates. Based on my conversation with Ms. Fink today, I understand that she needs additional time to review the file and to meet with the defendant.

     Accordingly, the Government respectfully requests that a new pre-trial conference date be set in approximately 30 days, and that time be excluded from speedy trial calculations until that time in order to allow Ms. Fink time to review the file and discuss it with the defendant. Ms. Fink has no objection to the exclusion.

                                    Respectfully submitted,

                                      MICHAEL J. GARCIA
                                    United States Attorney

                     By: *Marissa Molé*
                        Marissa Molé
                        Assistant United States Attorney
                        (212) 637-2275

cc:    Elizabeth Fink, Esq.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/08
```

*[Handwritten:]* Applications granted. Conference will be held on 9/16/08 at 9:30 A.M. in courtroom 9A for the reasons stated above, time excluded from 9/9/08 – 9/16/08. So ordered.

9/10/08              *Barbara S. Jones*